IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM E. HUTCHISON, et al.,

    Plaintiffs,                    No. CIV S-03-1673 LKK DAD PS

    vs.

UNITED STATES FOREST SERVICE, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 25, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed August 25, 2005, are adopted in full;

3     2. Defendants' motion for summary judgment is granted and this action is dismissed.

5 DATED: September 16, 2005.

7     /s/Lawrence K. Karlton
    UNITED STATES DISTRICT JUDGE

9 /hutchison1673.jo